10/28/2019 UPON CONSIDERATION OF THE DEBTOR'S RESPONSE, THE MOTION IS GRANTED AND THE CASE IS HEREBY DISMISSED.

# UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

IN THE MATTER OF:                                           CASE NUMBER: 18-41973-CJP

LISA A LABELLE                                              CHAPTER 13

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

Denise M. Pappalardo, Chapter 13 Trustee moves the court to dismiss the above case because of the failure of the debtor(s) to comply with the plan.

1. The plan is not confirmed.

2. The debtor(s) is (are) in arrears according to the terms of the plan in the amount of $2,240.00 which is 4 payments. Failure to make timely payments to the Trustee is a material default by the debtor with respect to a term of the plan and is grounds for dismissal pursuant to 11 U.S.C. § 1307(c).

3. Pursuant to the Agreed Order, the Debtor is to produce copies of all tax returns during the term of the Plan. The Debtor failed to produce the 2018 federal tax return. Failure to do so is grounds for dismissal pursuant to 11 U.S.C. § 1307(c)(1) as it is an unreasonable delay which is prejudicial to creditors.

The debtor(s) is(are) hereby notified that if a written response is not filed by the debtor(s) with the Court within twenty-one (21) days of the date of this motion, the Court may rule on this motion without further notice. 11 U.S.C. § 102(1)(B).

Dated: September 17, 2019                         /s/ Denise M. Pappalardo
                                                   Chapter 13 Trustee
                                                   BBO#553293
                                                   PO Box 16607, Worcester MA 01601
                                                   508-791-3300
                                                   denisepappalardo@ch13worc.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Dismiss was served on the debtor(s) and the attorney for the debtor(s) via first class mail and/or electronically.

/s/ Denise M. Pappalardo

Copy served on:

Debtor(s)
LISA A LABELLE
12 BUFFUM DAM ROAD
OXFORD, MA 01540

Attorney for Debtor(s)
RICHARD D. SMELOFF, ESQ.
SMELOFF & ASSOCIATES
500 GRANITE AVENUE- SUITES 7 & 8
MILTON, MA 02186